CITY OF SARASOTA, *et al.,* v. STATE, *ex rel.* R. W. EVANS.

170 So. 927.
Opinion Filed December 3, 1936.

*Harrison E. Barringer,* for Plaintiffs in Error;
*Evans & Glenn* and *Frank Evans,* for Defendant in Error.

PER CURIAM.—The judgment in this case should be affirmed upon the authority of State, *ex rel.* Gillespie, v. Shelfer, 118 Fla. 14, 160 Sou. Rep. 364; City of Bradenton v. State, *ex rel.* Perry, 118 Fla. 838, 160 Sou. Rep. 506; City of Bradenton v. State, *ex rel.* Oliver, 119 Fla. 864, 158 Sou. Rep. 165, and City of Sarasota v. State, *ex rel.* Evans, 126 Fla. 405, 168 Sou. Rep. 417, and it is so ordered.

Affirmed.

WHITFIELD, C. J., and ELLIS, TERRELL, BROWN, BUFORD and DAVIS, J. J., concur.